IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01104-REB-CBS

LEONARD BALDAUF,
    Plaintiff,
v.

FRANCES GAROUTTE et al.,
    Defendants.

_____

ORDER DIRECTING PLAINTIFF TO MAKE MONTHLY
FILING FEE PAYMENT OR TO SHOW CAUSE
_____

Magistrate Judge Craig B. Shaffer

    This case is before the court on Baldauf's failure to comply with the court's July 22, 2003 "Order Granting 28 U.S.C. § 1915 Motion" (doc. # 6). Pursuant to the Order of Reference dated September 10, 2003 (doc. # 11), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other nondispositive motions" and "submit proposed findings of fact and recommendations for rulings on dispositive motions . . . ." The court has reviewed the entire case file and the applicable law and is sufficiently advised in the premises.

    On July 22, 2003, the court granted Baldauf leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Baldauf was permitted to proceed with this civil action by paying an initial partial filing fee of $2.70 and was ordered to pay the remainder of the required $150.00 filing fee through monthly installments. (July 22, 2003 Order at p. 3). Title 28 U.S.C. §1915(b)(2) requires that a prisoner "make monthly payments of 20 percent

of the preceding month's income credited to the prisoner's account." Thus, the court ordered Baldauf to "make monthly payments to the court of twenty percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment." (July 22, 2003 Order at p. 3). Baldauf was directed that, in order to show cause, he "must file a current certified copy of his trust fund account statement." (July 22, 2003 Order at p. 3). Baldauf was warned that failure to comply with these requirements may result in dismissal of his complaint without further notice. (July 22, 2003 Order at pp. 2-3).

Baldauf has been advised that he "remains obligated to pay the full amount of the $150.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action." (July 22, 2003 Order at p. 2). Since August 10, 2004, Baldauf has not made any monthly partial filing fee payments or submitted an account statement showing he has no assets or means to make a monthly payment.

It is not sufficient for Baldauf to meet his monthly payment obligation only when specifically directed by the court by an order to pay or show cause. The court hereby requires Baldauf, on or before the 15th day of each and every month, without additional notice from the court, either to make the required monthly payment for the preceding month or to file a certified copy of his inmate trust account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment. If Baldauf fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, the court will recommend that this civil action be dismissed for failure to comply with this Order, the court's November 10, 2003 "Order

Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause," and the court's July 22, 2003 "Order Granting 28 U.S.C. § 1915 Motion" (doc. # 6).

Accordingly, **IT IS ORDERED that:**

1. **On or before December 30, 2005, Baldauf shall make the required monthly payments of 20 percent of each month's income credited to his inmate trust account for the months of September 2004 through December 2005 or shall show cause why he cannot make the required monthly payments by filing a certified copy of his inmate trust account statement for the months preceding September 2004 through December 2005.**

2. **From this date forward, on the 15th day of each and every month, Baldauf shall either make the required monthly payment or file a certified copy of his inmate trust account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment, until his filing fee is paid in full.**

3. **If Baldauf fails to comply with this Order, this civil action may be dismissed without further notice.**

DATED at Denver, Colorado, this 13th day of December, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge