IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01104-REB-CBS

LEONARD BALDAUF,
        Plaintiff,
v.

FRANCES GAROUTTE et al.,
        Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

        This case is before the court on Baldauf's "OSC Response" (filed December 21,

2005) (doc. # 149).

        On July 22, 2003, the court granted Baldauf leave to proceed *in forma pauperis*

pursuant to 28 U.S.C. § 1915.  Baldauf was permitted to proceed with this civil action by

paying an initial partial filing fee of $2.70 and was ordered to pay the remainder of the

required $150.00 filing fee through monthly installments.  (July 22, 2003 Order at p. 3).

The court's review of the docket in this civil action revealed that Baldauf had filed no

monthly partial filing fee payments or inmate account statements since August 10, 2004.

Thus, on December 13, 2005, the court ordered Baldauf to make the monthly payments

required by 28 U.S.C. §1915(b)(2) or to "show cause why he cannot make the required

monthly payments by filing a certified copy of his inmate trust account statement . . . ."

        On December 21, 2005, Baldauf responded to the court's December 13, 2005 Order

and submitted a receipt for a payment of $255.00 he made to the court on October 1,

1

2004.  Baldauf asserts that the $255.00 payment fulfilled the filing fee for his Notice of Appeal ($105.00) and the filing fee for his district court civil action ($150.00).  However, as of November 1, 2003, the filing fee for Baldauf's Notice of Appeal was $255.00.  Therefore, Baldauf's $255.00 payment on October 1, 2004 fulfilled only the fee for his Notice of Appeal.

To date, Baldauf has paid only the $2.70 initial filing fee for his district court civil action.  Since August 10, 2004, Baldauf has not made any monthly partial filing fee payments or submitted an account statement showing he has no assets or means to make a monthly payment.  Accordingly,

IT IS ORDERED that the court's December 13, 2005 Order Directing  Plaintiff to Make Monthly Filing Fee Payment or to Show Cause is NOT DISCHARGED AND REMAINS IN EFFECT.

DATED at Denver, Colorado, this 22nd day of December, 2005.

BY THE COURT:


___s/ Craig B. Shaffer_____
Craig B. Shaffer
United States Magistrate Judge