IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01104-REB-CBS

LEONARD BALDAUF,
    Plaintiff,
v.

FRANCES GAROUTTE et al.,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This case is before the court on Baldauf's "Jurisdiction/Discovery Brief" (filed February 3, 2006) (doc. # 155) and Defendant's Brief Regarding Jurisdiction (filed February 3, 2006) (doc. # 153). Pursuant to the September 10, 2003 Order of Reference (doc. # 11), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions."

    On January 19, 2006, the court stayed discovery pending the parties briefs regarding the court's jurisdiction in light of Baldauf's pending petition for a writ of certiorari in the United States Supreme Court. After review of the briefs, the entire case file, and the applicable law, the court is sufficiently advised in the premises and ORDERS:

    1.    The stay of discovery entered on January 19, 2006 is hereby lifted.

    2.    Discovery may proceed only on the limited issue whether Baldauf was prevented from exhausting his administrative remedies as to his claims by the denial of

grievance forms and the failure to process his handwritten grievances.

      3.      Defense counsel shall assist Baldauf as necessary in obtaining copies of the grievances that are relevant to the limited issue whether Baldauf was prevented from exhausting his administrative remedies.

      4.      Baldauf shall serve his discovery requests on defense counsel on or before February 27, 2006.

      5.      Defendants shall respond to Baldauf's discovery requests on or before March 27, 2006.

DATED at Denver, Colorado, this 7th day of February, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge