IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01104-REB-CBS

LEONARD BALDAUF,
        Plaintiff,
v.

FRANCES GAROUTTE et al.,
        Defendants.
_____

ORDER DIRECTING PLAINTIFF TO MAKE MONTHLY
FILING FEE PAYMENT OR TO SHOW CAUSE
_____

THIS MATTER comes before the court on Baldauf's failure to comply with the court's July 22, 2003 "Order Granting 28 U.S.C. § 1915 Motion" (doc. # 6), November 10, 2003 "Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause" (doc. # 25), December 13, 2005 "Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause" (doc. # 144), and December 22, 2005 Order (doc. # 150). Pursuant to the Order of Reference dated September 10, 2003 (doc. # 11), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other nondispositive motions" and "submit proposed findings of fact and recommendations for rulings on dispositive motions . . . ."   The court has reviewed the entire case file and the applicable law and is sufficiently advised in the premises.

On July 22, 2003, the court granted Baldauf leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Baldauf was permitted to proceed with this civil action by paying an initial partial filing fee of $2.70 and was ordered to pay the remainder of the required $150.00 filing fee through monthly installments.  (July 22, 2003 Order (doc. # 6) at p. 3).  Title 28 U.S.C. §1915(b)(2) requires that a prisoner "make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account." Thus, the court ordered Baldauf to "make monthly payments to the court of twenty percent of the

1

preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment." (July 22, 2003 Order at p. 3). Baldauf was directed that, in order to show cause, he "must file a current certified copy of his trust fund account statement." (July 22, 2003 Order at p. 3). Baldauf was warned that failure to comply with these requirements may result in dismissal of his complaint without further notice. (July 22, 2003 Order at pp. 2-3).

The court has advised Baldauf several times that he is required to make monthly payments of twenty percent (20%) of the preceding month's income credited to his trust fund account or show cause each month why he has no assets and no means by which to make the monthly payment. (*See* December 22, 2005 Order (doc. # 150), December 13, 2005 "Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause" (doc. # 144), November 10, 2003 "Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause" (doc. # 25), and July 22, 2003 "Order Granting 28 U.S.C. § 1915 Motion" (doc. # 6)). Since submitting his $2.70 initial partial filing fee on July 22, 2003 (*see* doc. # 7), Baldauf has not made a single monthly partial filing fee payment. On January 18, 2006, Baldauf filed an inmate account summary indicating that he had received a deposit of $12.46 in December of 2005. (*See* doc. # 151). Baldauf spent more than half of the amount of that deposit at the prison canteen but sent no partial filing fee payment to the court. On February 3, 2006, Baldauf filed an inmate account summary indicating that he had received a deposit of $12.83 in January of 2006. (*See* doc. # 154). Baldauf spent $9.34 at the prison canteen and made no partial filing fee payment to the court. On March 3, 2006, Baldauf filed an inmate account summary indicating that he had received a deposit of $12.46 in February of 2006. (*See* doc. # 157). Baldauf spent more than half of the amount of that deposit at the prison canteen but sent no partial filing fee payment to the court. On April 13, 2006, Baldauf filed an inmate account summary indicating that he had received deposits of $11.63 and $ 13.43 in March and April of 2006.

(*See* doc. # 162).  Again Baldauf did not send any partial filing fee to the court.

Baldauf does not meet his monthly payment obligation by spending all of the money in his inmate account and claiming inability to make partial filing fee payments.  Nor is it sufficient for Baldauf to meet his monthly payment obligation only when specifically directed by the court by an order to pay or show cause.  The court hereby requires Baldauf to make the required monthly payments of twenty percent (20%) of each month's income credited to his inmate trust account for the months of August 2003 through May 2006 or show cause why he cannot make the required monthly payments by filing a certified copy of his inmate trust account statement for the months preceding August 2003 through May 2006.  The court further requires Baldauf on or before the 15th day of each and every month, without additional notice from the court, either to make the required monthly payment of twenty percent (20%) of the preceding month's income credited to his inmate account or to file a certified copy of his inmate account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment.  If Baldauf fails hereafter to comply with these requirements at any time before the filing fee is paid in full, the court will recommend that this civil action be dismissed for failure to comply with this Order, the court's December 22, 2005 Order (doc. # 150), the court's December 13, 2005 "Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause" (doc. # 144), the court's November 10, 2003 "Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause" (doc. # 25), and the court's July 22, 2003 "Order Granting 28 U.S.C. § 1915 Motion" (doc. # 6).

Accordingly, **IT IS ORDERED that:**

**1.      On or before May 15, 2006, Baldauf shall make the required monthly payments of 20 percent of each month's income credited to his inmate trust account for the months of August 2003 through May 2006 or shall show cause why he cannot make the required monthly payments by filing a certified copy of his inmate trust**

account statement for the months preceding August 2003 through May 2006.

2.      From this date forward, on the 15th day of each and every month, Baldauf shall either make the required monthly payment or file a certified copy of his inmate trust account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment, until his filing fee is paid in full.

3.      If Baldauf fails to comply with this Order, this civil action may be dismissed without further notice.

DATED at Denver, Colorado, this 26th day of April, 2006.

BY THE COURT:


*s/Craig B. Shaffer*
United States Magistrate Judge