**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 03-RB-01104 (CBS)

LEONARD BALDAUF,

    Plaintiff,

v.

FRANCES GAROUTTE, ET AL.,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on: 1) plaintiff's **Renewed Motion for Default Judgment** [#128], filed October 19, 2005; and 2) the Recommendation of the United States Magistrate Judge [#137], filed November 7, 2005. The Magistrate Judge recommends that the renewed motion for default judgment be denied. The plaintiff has filed an objection to the recommendation [#139], filed November 23, 2005.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objection, and the applicable case law. In addition, because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Hall v. Belmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned. Therefore, I find and conclude that the arguments advanced, the

authorities cited, and the findings of fact, conclusions of law and recommendation proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED as follows:**

1.  That the recommendation of Magistrate Judge Shaffer [#137], filed November 7, 2005, is **APPROVED AND ADOPTED** as an order of this court;

2.  That the plaintiff's **Renewed Motion for Default Judgment** [#128], filed October 19, 2005, is **DENIED**.

DATED: July 20, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**