IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01104-REB-CBS

LEONARD BALDAUF,
    Plaintiff,
v.

FRANCES GAROUTTE et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Baldauf's "Motion to Strike and Response to Argument" (filed August 15, 2006) (doc. # 184). Pursuant to the September 10, 2003 Order of Reference (doc. # 11) and the memorandum dated August 15, 2006 (doc. # 185), the motion was referred to the Magistrate Judge. The court having reviewed the motion, the entire case file, and the applicable law and being sufficiently advised in the premises,    IT IS ORDERED that:

1.    Baldauf's "Motion to Strike . . ." (filed August 15, 2006) (doc. # 184) is DENIED.

2.    While Baldauf has already extensively responded to Defendants' August 2, 2006 status report (*see* doc. # 184 at pp. 1-6), his request to "be allowed this brief in opposition" is GRANTED. **On or before August 29, 2006**, Baldauf may file one additional brief no longer than 5 pages in length in response to Defendants' August 2, 2006 status report.

1

DATED at Denver, Colorado, this 15th day of August, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge