IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01104-REB-CBS

LEONARD BALDAUF,
    Plaintiff,
v.

FRANCES GAROUTTE et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Baldauf's "Motion for Order Directing CDOC to Make Payments" (filed May 9, 2006) (doc. # 170).  Pursuant to the September 10, 2003 Order of Reference (doc. # 11) and the memorandum dated May 9, 2006 (doc. # 172), the motion was referred to the Magistrate Judge.  The court has reviewed the motion, the parties' arguments made at the hearing held on July 26, 2006, the parties' subsequent submissions regarding the motion, the entire case file, and the applicable law and is sufficiently advised in the premises.  In light of the parties' status reports filed on August 2, 2006 (docs. # 181 and # 182), Baldauf's inmate account statements filed on June 19, 2006, July 13, 2006, September 25, 2006, and October 17, 2006 (docs. # 173, # 174, # 187, and # 191), and Baldauf's partial filing fee payment on August 2, 2006 (doc. # 183), the court determines that the relief sought by Baldauf is not appropriate.

    Accordingly, IT IS ORDERED that Baldauf's "Motion for Order Directing CDOC to Make Payments" (filed May 9, 2006) (doc. # 170) is DENIED.

DATED at Denver, Colorado, this 14th day of November, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge