**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  03-cv-01104-REB-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date:  December 6, 2006** | **Courtroom Deputy:**  Ben Van Dyke |

LEONARD BALDAUF,                              Pro se, via telephone

    **Plaintiff,**

    v.

FRANCES GAROUTTE, et al,                     James X. Quinn

    **Defendant(s).**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTIONS HEARING**
**Court in Session:      8:31 a.m.**
Court calls case.  Appearance of counsel.  Dennis Burbank, administrative officer for CSP, is also present for the hearing.

**ORDERED:** Baldauf's Motion to Compel dated November 15, 2006 (doc. 198) is granted in part and denied in part for the reasons stated on the record.  The defendants shall supplement their discovery responses consistent with the Court's orders on the record by December 20, 2006.

**ORDERED:** Plaintiff Leonard Baldauf shall be given reasonable access to his medical records at the Arkansas Valley Correctional Facility by December 20, 2006.

**ORDERED:** Baldauf's Motion for Scheduling Order dated November 15, 2006 (doc. 197) is denied without prejudice for the reasons stated on the record.

**ORDERED:** Plaintiff's response to Defendants' Combined Motion to Dismiss and Supporting Brief (doc. 188) is due by January 31, 2007.

HEARING CONCLUDED.

**Court in Recess**:     9:38 a.m.
Total   In-Court Time:     01:07