IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01104-REB-CBS

LEONARD BALDAUF,
    Plaintiff,
v.

FRANCES GAROUTTE et al.,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Baldauf's failure to respond to Defendants' Combined Motion to Dismiss (doc. # 188). On December 6, 2006, the court directed Mr. Baldauf to respond on or before January 31, 2007 to Defendants' Combined Motion to Dismiss. To date Mr. Baldauf has not filed a response, has not requested an extension of time, and has not provided any explanation why he has not responded. The only communications that the court has received from Mr. Baldauf in this civil action since December 6, 2006 are a notice of change of address and an inmate trust account statement on February 9, 2007. (*See* docs. # 206 and # 207).

    The court has been informed through Civil Action No. 01-cv-01315, Baldauf v. Hyatt *et al.*, that Mr. Baldauf has been unable to submit responses to discovery requests in that case due to facility moves by the Colorado Department of Corrections. (*See, e.g.,* doc. # 119 at ¶ 4, doc. # 123, in Civil Action No. 01-cv-01315). In light of Mr. Baldauf's circumstances, the court will allow him one more extension of time to file any response he

has to Defendants' Combined Motion to Dismiss.  Accordingly,

**IT IS ORDERED that Mr. Baldauf may file any response he has to Defendants' Combined Motion to Dismiss (doc. # 188) on or before March 15, 2007.  No further extensions will be granted.**

DATED at Denver, Colorado, this 1st day of March, 2007.

BY THE COURT:

　　s/Craig B. Shaffer
United States Magistrate Judge