IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01104-REB-CBS

LEONARD BALDAUF,
    Plaintiff,
v.

FRANCES GAROUTTE et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action came before the court on Thursday May 24, 2007 for a status conference on the two pending motions, "Defendants' Combined Motion to Dismiss and Supporting Brief" (doc. # 188) and Mr. Baldauf's "Cross Motion for Summary Judgment on Obstruction of Grievance Access" (doc. # 213). Pursuant to the Order of Reference dated September 10, 2003 (doc. # 11) and the memoranda dated September 26, 2006 (doc. # 189) and April 17, 2007 (doc. # 214), the pending motions have been referred to the Magistrate Judge.

    Prior to the status conference, Defendants sought an extension of time to file a response to Mr. Baldauf's Cross-Motion for Summary Judgment. On May 4, 2007, the court granted Defendants an extension of time and indicated that it would set a response date at the status conference. At the status conference, the parties agreed that the court may also treat Defendants' Motion to Dismiss as a motion for summary judgment under Fed. R. Civ. P. 56 as to the issue of exhaustion of administrative remedies. Accordingly,

IT IS ORDERED that **on or before June 5, 2007**, Defendants may file any response they have to Mr. Baldauf's "Cross Motion for Summary Judgment" or notify the court that they choose not to file a response.

DATED at Denver, Colorado, this 24th day of May, 2007.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge