IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01104-REB-CBS

LEONARD BALDAUF,
    Plaintiff,
v.

FRANCES GAROUTTE et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the letter from the Colorado Department of Corrections (filed June 28, 2007) (doc. # 229). The Colorado Department of Corrections requests that the remission of $1.02 on June 5, 2007 (*see* doc. # 225) be returned because it was withheld in error from Mr. Baldauf's inmate trust account. The court having reviewed the letter and the case file and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    The Clerk of the Court shall return $1.02 to the Colorado Department of Corrections Inmate Banking Office, P.O. Box 230, Cañon City, Colorado 81215 for crediting to Mr. Baldauf's inmate trust account.

    2.    The hearing set on Monday August 20, 2007 at 8:30 a.m. (*see* doc. # 232) is hereby VACATED as unnecessary.

1

DATED at Denver, Colorado, this 13th day of August, 2007.

BY THE COURT:

　　s/Craig B. Shaffer
United States Magistrate Judge