**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  03-cv-01104-REB-CBS

LEONARD BALDAUF,

    Plaintiff,

v.

FRANCES GAROUTTE, ET AL.,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on 1) **Defendants' Combined Motion To Dismiss and Supporting Brief** [#188], filed September 25, 2006; 2) **Baldauf's Cross Motion for Summary Judgment on Obstruction of Grievance Access** [#213], filed April 16, 2007; 3) the **Recommendation of United States Magistrate Judge** [#226], filed June 6, 2007; and 4) **Supplement to June 6, 2007 Recommendation of United States Magistrate Judge** [#227], filed June 11, 2007.  The plaintiff filed objections [#228], on June 25, 2007, the defendants filed a response to the plaintiff's objections [#231], on July 13, 2007, and the plaintiff filed a reply [#234], on July 31, 2007.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the plaintiff's objections, the defendant's response, the plaintiff's

reply, and the applicable case law.  In addition, because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **Erickson v. Pardus**, ___ U.S.___, 127 S. Ct. 2197, 2200 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

In his recommendation [#226], the magistrate judge makes alternative recommendations.  First, he recommends that this case be dismissed based on the plaintiff's repeated failures to comply adequately with 28 U.S.C. § 1915 and the court's orders regarding partial filing fee payments.  I agree with this recommendation, and I dismiss this case on that basis.  Second, and in the alternative, the magistrate judge recommends that the defendant's motion to dismiss [#188], now treated as a motion for summary judgment, be granted in part, and that claims one, four, and ten be dismissed. I agree also with this recommendation.  However, the dismissal of some, but not all, of the plaintiff's claims would be of little utility in view of my conclusion that this case should be dismissed based on the plaintiff's failure to comply with § 1915 and the court's orders.

The magistrate judge's recommendations are comprehensive, detailed, and well-reasoned.  The objections stated by the plaintiff are overcome by the facts and arguments cited by the magistrate judge in his recommendation [#226] and by the defendants in their response to the plaintiff's objections [#231].  Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendations proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#226], filed June 6, 2007, is **APPROVED AND ADOPTED** as an order of this court;

2. That the **Supplement to June 6, 2007 Recommendation of United States Magistrate Judge** [#227], filed June 11, 2007, is **APPROVED AND ADOPTED** as an order of this court;

3. That the plaintiff's objections [#228], filed June 25, 2007, are **OVERRULED**;

4. That this case is **DISMISSED** as a sanction for the plaintiff's repeated failures to comply with 28 U.S.C. § 1915 and this court's orders;

5. That the **Defendants' Combined Motion To Dismiss and Supporting Brief** [#188], filed September 25, 2006, is **DENIED** as moot;

6. That plaintiff **Baldauf's Cross Motion for Summary Judgment on Obstruction of Grievance Access** [#213], filed April 16, 2007, is **DENIED**;

7. That **JUDGMENT SHALL ENTER** in favor of the defendants and against the plaintiff; and

8. That the defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated September 11, 2007, at Denver, Colorado.

                                       **BY THE COURT:**

                                       s/ Robert E. Blackburn
                                       **Robert E. Blackburn**
                                       **United States District Judge**